```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PATRICIA A. BURKE,

                              Plaintiff,      Civ. Act. No.: 06 CV 7683 (DC)

                 -against-            **STIPULATION AS TO**
                                                  **ADMINISTRATIVE RECORD**

PRICEWATERHOUSECOOPERS LLP
LONG TERM DISABILITY PLAN AND
THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

                              Defendants.
-------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that the following documents produced on January 4, 2007 by defendants to Plaintiff are the entire Administrative Record concerning plaintiff's claim and are the only documents being submitted for the court's review in connection with the summary trial ordered on June 1, 2007 by the Hon. Denny Chin, U.S.D.J.:

- a copy of the Group Policy issued July 1, 1999 and Amendment effective July 1, 2002 issued to PricewaterhouseCoopers LLP insuring the Long Term Disability Plan Bates stamped "BURKE 0001" to "BURKE 0035" and "BURKE 0430" to "BURKE 0438;" and
- a copy of the claim file for Plaintiff Bates Stamped "BURKE 0036" to "BURKE 0429."

Defendant's counsel will submit a copy of the above documents to Judge Chin with the initial briefs to be filed on July 9, 2007.

NY/502409v1

Dated: New York, New York
       June 29th, 2007

DeHaan, Busse, Binder & Binder, LLP
*Attorneys for Plaintiff*
Patricia A. Burke

*[signature]*

Patrick H. Busse (PB-1708)
Stéphane M. Montas (SM-4859)
300 Rabro Drive, Suite 101
Hauppauge, New York 11788
(631) 582-1200

Sedgwick, Detert, Moran & Arnold LLP
*Attorneys for Defendants*
PWC Health And Welfare Benefits Plan
Hartford Life And Accident
Insurance Company

*[signature]*

Michael H. Bernstein (MB-0579)
John T. Seybert (JS-5014)
125 Broad Street - 39th Floor
New York, New York 10004-2400
(212) 422-0202

SO ORDERED.

*[signature]*

USDJ
6/17/08

NY/502409v1